IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| KATHY L. BUCHANAN, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 1:04-cv-00038 |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOANNE B. BARNHART, | ) | By: Glen M. Williams |
| COMMISSIONER OF | ) | Sr. U. S. District Judge |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant | ) | |

This case was referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B). The Magistrate Judge has filed a report recommending that the Commissioner's Motion for Summary Judgment be denied and the case remanded for further development. No objections to the report and recommendation have been filed by the plaintiff and the court is of the opinion that the report should be adopted. It is accordingly

ADJUDGED AND ORDERED

that the Commissioner's Motion for Summary Judgment is DENIED, and this case is REMANDED to the Commissioner pursuant to

"sentence four" of 42 U.S.C. §405(g) for further consideration and development consistent with the Magistrate Judge's Report and Recommendation.

The Clerk is directed to send certified copies of this Order to all counsel of record. This case is stricken from the docket.

ENTER: This 14th day of June, 2004.

s/ Glen M. Williams  
Sr. United States District Judge